FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2025

SEAN F. MCAVOY, CLERK

## CHARGES AND PENALTIES

CASE NAME: JONATHAN MICHAEL ATKINSON         CASE NO. 4:25-CR-6012-MKD-1

TOTAL # OF COUNTS: 11    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2423(c),(f) | Engaging and Attempting to Engage in Illicit Sexual Conduct in Foreign Places | CAG not more than 30 years; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; Sex Offender Registration |
| 2 | 18 U.S.C. § 2251(a),(e) | Production and Attempted Production of Child Pornography | CAG not less than 15 years, nor more than 30 years; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; AVAA assessment up to $50,000; JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| 3 | 18 U.S.C. § 2251(a),(e) | Attempted Production of Child Pornography | CAG not less than 15 years, nor more than 30 years; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; AVAA assessment up to $50,000; JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| 4 | 18 U.S.C. § 2422(b) | Online Enticement of a Minor | CAG no less than 10 years and up to a lifetime; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; Sex Offender Registration; $100 special penalty assessment; and JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| 5 | 18 U.S.C. § 2422(b) | Attempted Online Enticement of a Minor | CAG no less than 10 years and up to a lifetime; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; Sex Offender Registration; $100 special penalty assessment; and JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| 6 | 18 U.S.C. § 1591(a)(1), (b)(2) | Sex Trafficking of Children | CAG not less than 10 years, up to a lifetime; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
|  |  |  |  |

# CHARGES AND PENALTIES (continued)

**CASE NAME:** JONATHAN MICHAEL ATKINSON         **CASE NO.** 4:25-CR-6012-MKD-1

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 7, 8 | 18 U.S.C. § 1591(a)(1), (b)(1) | Sex Trafficking by Force, Fraud and Coercion | CAG not less than 15 years, up to a lifetime; and/or $250,000 fine; Not less than 5 years, nor more than life, supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence; Sex Offender Registration |
| 9 | 18 U.S.C. § 1589(a),(d) | Forced Labor | CAG not more than 20 years; and/or $250,000 fine; Not more than 3 years supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence |
| 10 | 18 U.S.C. §§ 1590, 1594(a) | Trafficking and Attempted Trafficking with Respect to Forced Labor | CAG not more than 20 years; and/or $250,000 fine; Not more than 3 years supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence |
| 11 | 8 U.S.C. § 1324(a)(1)(A)(iii) | Harboring Illegal Aliens | CAG not more than 10 years; and/or $250,000 fine; Not more than 3 years supervised release; $100 special penalty assessment; JVTA assessment of $5,000, absent indigence |
| | 8 U.S.C. § 1324, 18 U.S.C. § 981, § 982, § 1594, § 2253, § 2428, 28 U.S.C. § 2461 | Forfeiture Allegations | |
| | | | |
| | | | |