Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Laurel J. Holland
Stephanie A. Van Marter
Assistant United States Attorneys
825 Jadwin Avenue
Post Office Box 21
Richland, WA 99352
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JONATHAN MICHAEL ATKINSON,<br><br>       Defendant. | 4:25-cr-06012-MKD-1<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2423(c), (f)<br>Engaging and Attempting to Engage in Illicit Sexual Conduct in Foreign Places<br>(Count 1)<br><br>18 U.S.C. § 2251(a), (e)<br>Production and Attempted Production of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2251(a), (e)<br>Attempted Production of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 2422(b)<br>Online Enticement of a Minor<br>(Count 4) |

INDICTMENT – 1

|   |   |
|---|---|
| | 18 U.S.C. § 2422(b)<br>Attempted Online Enticement of a Minor<br>(Count 5) |
| | 18 U.S.C. § 1591(a)(1), (b)(2)<br>Sex Trafficking of Children<br>(Count 6) |
| | 18 U.S.C. § 1591(a)(1), (b)(1)<br>Sex Trafficking by Force, Fraud and Coercion<br>(Counts 7, 8) |
| | 18 U.S.C. § 1589(a), (d)<br>Forced Labor<br>(Count 9) |
| | 18 U.S.C. §§ 1590, 1594(a)<br>Trafficking and Attempted Trafficking with Respect to Forced Labor<br>(Count 10) |
| | 8 U.S.C. § 1324(a)(1)(A)(iii)<br>Harboring Illegal Aliens<br>(Count 11) |
| | 8 U.S.C. § 1324, 18 U.S.C. § 981, § 982, § 1594, § 2253, § 2428, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Between on or about April 5, 2018, and on or about April 4, 2019, the Defendant, JONATHAN MICHAEL ATKINSON, a United States citizen whose

INDICTMENT – 2

last known residence was in the Eastern District of Washington, knowingly traveled in foreign commerce from the United States to Honduras and did engage and attempt to engage in illicit sexual conduct, as defined in 18 U.S.C. § 2423(g), with Minor 1, in violation of 18 U.S.C. § 2423(c), (f).

## COUNT 2

Between on or about April 5, 2019, and on or about December 20, 2020, in the Eastern District of Washington and elsewhere, the Defendant, JONATHAN MICHAEL ATKINSON, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, namely Minor 1, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 3

## COUNT 3

Between on or about February 28, 2017, and on or about February 27, 2020, in the Eastern District of Washington and elsewhere, the Defendant, JONATHAN MICHAEL ATKINSON, did knowingly attempt to employ, use, persuade, induce, entice, and coerce, a minor, namely Minor 2, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

Between on or about April 5, 2019, and on or about December 15, 2020, in the Eastern District of Washington, the Defendant, JONATHAN MICHAEL ATKINSON, did unlawfully and knowingly use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce Minor 1, an

INDICTMENT – 4

individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(c), Production of Child Pornography, all in violation of 18 U.S.C. § 2422(b).

COUNT 5

Between on or about February 8, 2017, and on or about February 27, 2020, in the Eastern District of Washington, the Defendant, JONATHAN MICHAEL ATKINSON, did unlawfully and knowingly use a facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce Minor 2, an individual who had not attained the age of 18 years, to engage in prostitution or any sexual activity for which a person can be charged with a criminal offense, including 18 U.S.C. § 2251(c), Production of Child Pornography, all in violation of 18 U.S.C. § 2422(b).

COUNT 6

Between on or about April 5, 2019, and on or about December 20, 2020, in the Eastern District of Washington, the Defendant, JONATHAN MICHAEL ATKINSON, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely Minor 1, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe Minor 1,

INDICTMENT – 5

that Minor 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(2).

COUNT 7

Between on or about April 5, 2019, and December 20, 2020, in the Eastern District of Washington and elsewhere, the Defendant, JONATHAN MICHAEL ATKINSON, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely Minor 1, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means would be used to cause the person to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(1).

COUNT 8

Between on or about April 11, 2022, and April 20, 2022, in the Eastern District of Washington and elsewhere, the Defendant, JONATHAN MICHAEL ATKINSON, in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely Minor 2, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, coercion or any combination of such means would be used to cause the person to engage in a commercial sex act, in violation of 18 U.S.C. §1591(a)(1), (b)(1).

INDICTMENT – 6

COUNT 9

Between on or about December 20, 2020, and on or about January 31, 2023, in the Eastern District of Washington and elsewhere, the Defendant, JONATHAN MICHAEL ATKINSON, did knowingly provide and obtain the labor and services of Minor 1 and Minor 2, by means of force, threats of force, and physical restraint to Minor 1 and Minor 2, and the abuse and threatened abuse of law and legal process, in violation of 18 U.S.C. § 1589(a), (d).

COUNT 10

Between on or about January 1, 2018, and on or about January 31, 2023, in the Eastern District of Washington and elsewhere, the defendant, JONATHAN MICHAEL ATKINSON, did knowingly recruit, harbor, transport, provide and obtain, and did knowingly attempt to recruit, harbor, transport, provide and obtain, Minor 1 and Minor 2, Honduran nationals, for labor and services in violation of Title 18, United States Code, Chapter 77, that is, forced labor in violation of 18 U.S.C. § 1589(a), all in violation of 18 U.S.C. §§ 1590, 1594(a).

COUNT 11

Between on or about March 1, 2019, and on or about April 2, 2025, in the Eastern District of Washington, the Defendant, JONATHAN MICHAEL ATKINSON, knowing and in reckless disregard of the fact that aliens, █████

INDICTMENT – 7

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ███████, and other Honduran nationals, had come to, entered, and remained in

4 the United States in violation of law, did conceal, harbor, and shield from

5 detection, or attempted to conceal, harbor, and shield from detection, such aliens in

6 buildings and other places and for the purpose of commercial advantage and

7 private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

8                    NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

9       The allegations contained in this Indictment are hereby realleged and

10 incorporated by reference for the purpose of alleging forfeitures.

11       <u>18 U.S.C. § 2423</u>

12       Pursuant to 18 U.S.C. § 2428(a)(1) and (2), 18 U.S.C. § 981(a)(1)(C) and 28

13 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §

14 2423(c), (f), Engaging and Attempting to Engage in Illicit Sexual Conduct in

15 Foreign Places, as charged in Count 1 of this Indictment, the Defendant,

16 JONATHAN MICHAEL ATKINSON, shall forfeit to the United States of

17 America any property, real or personal, that was used or intended to be used to

18 commit or to facilitate the commission of the offense and any property, real or

19 personal, constituting or derived from any proceeds obtained, directly or indirectly,

20 as a result of the offense.

21 INDICTMENT – 8

**18 U.S.C. § 2251**

Pursuant to 18 U.S.C. § 2253(a)(2) and (3) upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(c), (e), Production and Attempted Production of Child Pornography, as charged in Counts 2 and 3 of this Indictment, the Defendant, JONATHAN MICHAEL ATKINSON, shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

**18 U.S.C. § 2422(b)**

Pursuant to 18 U.S.C. § 2428(a)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 2422(b), Online Enticement of a Minor and Attempted Online Enticement of a Minor, as charged in Counts 4 and 5 of this Indictment, the Defendant,

INDICTMENT – 9

JONATHAN MICHAEL ATKINSON, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

<u>18 U.S.C. § 1591</u>

Pursuant to 18 U.S.C. § 1594(d)(1) and/or (2), upon conviction of an offense(s) in violation of 18 U.S.C. § 1591(a)(1), (b)(2) Sex Trafficking of Children (Count 6); and/or 18 U.S.C. § 1591(a)(1), (b)(1) Sex Trafficking by Force, Fraud and Coercion (Counts 7 and 8); and/or 18 U.S.C. § 1589(a), (d) Forced Labor (Count 9); and/or 18 U.S.C. §§ 1590, 1594(a) Trafficking and Attempted Trafficking with Respect to Forced Labor (Count 10), as charged in this Indictment, the Defendant JONATHAN MICHAEL ATKINSON, shall forfeit to the United States of America any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense(s), and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense(s), and any property traceable to such property. The property to be forfeited includes, but is not limited to:

INDICTMENT – 10

<u>736 S. Elm Avenue, Pasco, Washington (Counts 9 – 10)</u>

The real property being forfeited is commonly known as 736 S. Elm Avenue, Pasco, Washington, Franklin County Parcel Number 113-851-388, legally described as follows:

Lots 48, 49, 50 and 51, Block 3, Terrace Heights Addition, according to the plat thereof recorded in Volume "B" of Plats, Page 53, records of Franklin County, Washington.

Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

<u>Franklin County Parcel Number 110-200-167 (Counts 9 – 10)</u>

The real property being forfeited is commonly known as Franklin County Parcel Number 110-200-167, legally described as follows:

The Easterly 1981.35 feet of the South half of the South half of the North half of Section 20, Township 9 North, Range 31 East W.M., Franklin County, Washington, EXCEPT the Easterly 1320.59 feet thereof.

Depicted as Tract 4 of Record Survey recorded under Auditor's File No. 398461

Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

<u>4321 Ivy Road, Pasco, Washington (Counts 9 – 10)</u>

The real property being forfeited is commonly known as 4321 Ivy Road, Pasco, Washington, Franklin County Parcel Number 114-182-171, legally described as follows:

Lot 4 Short Plat No. 77-11, according to the survey thereof recorded under Auditor's File No. 368144, records of Franklin County, Washington.

Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.

INDICTMENT – 11

Subject to all easements, restrictions, reservations and covenants of record.

<u>8 U.S.C. § 1324</u>

Pursuant to 18 U.S.C. § 982(a)(6)(A); 8 U.S.C. § 1324(b)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), Harboring Illegal Aliens, as charged in Count 11 of this Indictment, the Defendant, JONATHAN MICHAEL ATKINSON, shall forfeit to the United States of America any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of a violation of subsection (a), the gross proceeds of such violation, and any property traceable to such conveyance or proceeds. The property to be forfeited includes, but is not limited to:

<u>736 S. Elm Avenue, Pasco, Washington</u>

The real property being forfeited is commonly known as 736 S. Elm Avenue, Pasco, Washington, Franklin County Parcel Number 113-851-388, legally described as follows:

Lots 48, 49, 50 and 51, Block 3, Terrace Heights Addition, according to the plat thereof recorded in Volume "B" of Plats, Page 53, records of Franklin County, Washington.

Together with all appurtenances, fixtures, attachment and improvements thereto and thereupon.

Subject to all easements, restrictions, reservations and covenants of record.

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

INDICTMENT – 12

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and/or 18 U.S.C. § 2253(b).

DATED this ___ day of April, 2025.

A TRUE BILL

_____
Foreperson

_____
Richard R. Barker
Acting United States Attorney

_____
Laurel J. Holland
Assistant United States Attorney

_____
Stephanie A. Van Marter
Assistant United States Attorney

INDICTMENT – 13